# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DEVERICK SCOTT
ADC #131042                                                              PLAINTIFF

v.                      No. 5:17-cv-66-DPM-JJV

KENNEDY, Sergeant, Tucker Max Unit, ADC;
JOHN HERRINGTON, Lieutenant, Varner
SuperMax; RICHARDSON, Captain, Varner
SuperMax; BROWN, Sergeant, Varner SuperMax;
BUNDICK, Assistant Warden, Varner SuperMax;
BOLDEN, Major, Varner SuperMax; MARK
STEPHENS, Captain, Varner SuperMax;
FELICIA PIGGIE-GORDAN, Law Librarian,
Varner SuperMax; and EVANS, Law Librarian,
Varner SuperMax                                                         DEFENDANTS

## ORDER

Joint motion, № 37, granted. Scott's claims against Kennedy are dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 January 2018