IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVERICK SCOTT
ADC #131042                                                  PLAINTIFF

v.                        No. 5:17-cv-66-DPM

JOHN HERRINGTON, Lieutenant, Varner
SuperMax; MICHAEL RICHARDSON, Captain,
Varner SuperMax; RODNEY BROWN, Sergeant,
Varner SuperMax; CHRISTOPHER T. BUDNIK,
Assistant Warden, Varner SuperMax; KENNIE L.
BOLDEN, Major, Varner SuperMax; MARK
STEPHENS, Captain, Varner SuperMax;
FELICIA PIGGEE GORDON, Law Librarian,
Varner SuperMax; and GLADYS EVANS, Law
Librarian, Varner SuperMax                  DEFENDANTS

## ORDER

**1.** After Magistrate Judge Volpe filed his recommendation, the Court received Scott's statement of disputed material facts. № 51. The Court has reviewed this new paper in considering the recommendation and the underlying motion for summary judgment.

**2.** On *de novo* review, the Court adopts the recommendation, № 50, and overrules Scott's objections, № 52. FED. R. CIV. P. 72(b)(3). Motion for summary judgment, № 40, granted. Scott's remaining federal claims will be dismissed with prejudice. His state-law claims will be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 March 2018