IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVERICK SCOTT
ADC #131042                                                                PLAINTIFF

v.                          No. 5:17-cv-66-DPM

WENDY KELLEY, Director, ADC, *et al.*                        DEFENDANTS

## JUDGMENT

1. Scott's claims against Kennedy, Herrington, Richardson, Brown, Evans, Piggee Gordon, Budnik, Bolden, and Stephens about access to legal books and materials are dismissed with prejudice.

2. All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 March 2018